**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Derrick Washington
     Plaintiff

        V.

                             CIVIL ACTION

                             NO. 11-10771-PBS

Glenn A.  Doher,   et al
     Defendant

**SETTLEMENT ORDER OF DISMISSAL**

Saris, USDJ  Chief.

    The Court having been advised on  July 24,  2018   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within ninety (90) days if settlement is not consummated.

                             By the Court,

  7/24/18
    Date                                s/Maryellen Molloy
                                  Deputy Clerk

[stlmtodism.]